EAST BRUNSWICK EDUCATION ASSOCIATION v. EAST BRUNSWICK BOARD OF EDUCATION.

May 30, 1979. Petition for certification denied.

PLASTIC REEL CORP.

v.

GOTHAM INDUSTRIAL PARK, INC.

May 30, 1979. Petition for certification granted.

WILLIAM KORELNIA v. BOARD OF TRUSTEES OF THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM.

May 30, 1979. Petition for certification granted.

STATE OF NEW JERSEY v. DIANE D'AMBROSI.

May 30, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. ISAAC N. WILLIAMS, JR.

May 30, 1979. Petition for certification granted. (See 167 *N.J.Super.* 203)

STATE OF NEW JERSEY v. GEORGE COOPER.

May 30, 1979. Petition for certification denied.